**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | |
|---|---|
| VALENCIA RICHARDSON, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CASE NO.: 1:21-CV-76 (LAG) |
| : | |
| SHAKERA LETRESE BURNS, *et al.*, : | |
| : | |
| Defendants. : | |
| : | |

## **ORDER**

Before the Court is the Parties' Consent Motion for Protective Order. (Doc. 90). Therein, the Parties ask the Court to enter a consent protective order to protect confidential materials of the Georgia Department of Corrections. (*Id.* at 1). The Parties represent that the entry of a protective order is necessary to limit the disclosure of particular Standard Operating Procedures "coded as 'yellow' or 'red' policies [that] ha[ve] been determined by the [Georgia Department of Corrections] to potentially compromise the security of their facilities and the safety of offenders, correctional staff, and the general public." (*Id.* at 2). The Georgia Department of Corrections "has agreed to produce these policies in question to the parties, subject to their agreement to the terms and entry of the [proposed] protective order[.]" (*Id.*).

Under Federal Rule of Civil Procedure 26(c), the Court may enter a protective order upon finding good cause. Stipulated protective orders have become "commonplace in the federal courts" to allow the parties "to designate particular documents as confidential . . . and postpone[] the necessary 'good cause' required for entry of a protective order until the confidential designation is challenged." *Chicago Trib. Co. Bridgestone/Firestone, Inc.*, 263 F.3d 1304, 1307 (11th Cir. 2001) (citing *In re Alexander Grant & Co. Litig.*, 820 F.2d 352, 356 (11th Cir. 1987)). Accordingly, the Court finds a protective order is warranted to protect the confidential materials of the Georgia Department of Corrections. The Parties'

Consent Motion (Doc. 90) is **GRANTED**, and the Parties' proposed Consent Protective Order (Doc. 90-1) is hereby **ADOPTED** and made the **ORDER** of the Court.

**SO ORDERED**, this 23rd day of December, 2024.

<u>/s/ Leslie A. Gardner</u>
**LESLIE A. GARDNER, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**